IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:

    Charles Whicker
    Barbara Whicker              *      Case #: 12-27510
                                        Chapter 7
                              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Charles Whicker, et al.
    Plaintiff/Debtor
                                *

    v.                              *      Adversary No:  12-00875
Capital One Bank (USA), NA   *
                                *

    Defendant/Creditor

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## Affidavit of Service on Defendant

I hereby affirm under the pains and penalties of perjury that all of the statements contained herein are true to the best of my knowledge.

    1.  That a copy of the Summons and Complaint were served by prepaid United States Postal Service Certified Mail on an officer, Richard D. Fairbanks, of the Defendant Capital One Bank (USA), NA on or about January 7, 2013.

    2.  That attached to this Affidavit are two exhibits showing the green Certified USPS mail card indicating that service was effectuated upon the Defendant.

                                              /s/ Frank E. Turney
                                            Frank E. Turney
                                            Law Offices of Frank E. Turney P.A.
                                            920 Frederick Road
                                            Catonsville, MD 21228
                                            410-788-8830
                                            turneylaw@verizon.net